IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
San Angelo DIVISION

| | | |
|---|---|---|
| ARCKHANGEL U. ESCAMIA<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | |
| GENERAL MOTORS LLC | § | Civil Action No. 6:24-cv-00038-BU |
| Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER TO FILE STATUS REPORT

On September 19, 2024, Plaintiff filed a notice of settlement, promising to submit an agreed motion of dismissal within 30 days. Dkt. No. 17. It is now more than thirty days and no motion to dismiss or stipulation of dismissal under Rule 41 has been filed. The Court ORDERS the parties to submit a status update by November 6, 2024. In the meantime, the Court ORDERS this case be ADMINISTRATIVELY CLOSED.

ORDERED this 29th day of October 2024.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1