IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| ARCKHANGEL U. ESCAMIA AND BIANCA TREVINO, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 6:24-cv-00038-BU |
| GENERAL MOTORS LLC, | | |
| Defendant. | | |

## <u>ORDER OF DISMISSAL</u>

Before the Court is Parties' agreed motion to dismiss with prejudice. Dkt. No. 19. For reasons stated in the motion, it is GRANTED. The Court ORDERS the case DISMISSED WITH PREJUDICE with each party to bear their own costs.

ORDERED this 12th day of November 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1