IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| ARCKHANGEL U. ESCAMIA AND BIANCA TREVINO, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 6:24-cv-00038-BU |
| GENERAL MOTORS LLC, | § § § | |
| Defendant. | § § | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff's Complaint, and all claims alleged therein, are DISMISSED under Federal Rule of Civil Procedure 41(a)(2).

ENTERED this 12th day of November 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1